**SO ORDERED.**

**Dated: June 08, 2009**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11381 / 1134036213

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robin Lei Ramirez<br>       Debtor.<br>_____<br>America's Servicing Company<br><br>       Movant,<br>  vs.<br><br>Robin Lei Ramirez, Debtor;<br>Russell A. Brown, Trustee.<br><br>       Respondents. | 2:08-bk-08328-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Relating to docket # 74)<br><br>RE: Real Property located at<br>3928 West Range Mule Drive<br>Glendale, Arizona 85310 |

IT IS HEREBY ORDERED that Movant's Ex Parte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order is hereby vacated without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT