# TIFFANY & BOSCO
## P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11381/1134036213

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robin Lei Ramirez<br>    Debtors.<br><br>ASC/McCalla<br><br>    Movant,<br>vs.<br><br>Robin Lei Ramirez, Debtors,<br>Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:08-bk-08328-CGC<br><br>Chapter 13<br><br>**MOTION TO RESTORE MOVANT'S EX PARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER**<br><br>Relating to docket #74)<br><br>RE: Real Property located at<br>3928 West Range Mule Drive<br>Glendale, Arizona 85310 |

    Movant, by and through counsel undersigned, hereby moves this Court to do the following:

    To restore to the Ex Parte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order Entered on May 20, 2009. The funds which the debtor remitted on June 3, 2009 have gone NSF.

WHEREFORE, Movant hereby moves this Court to restore the Ex Parte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order Entered on May 20, 2009.

DATED this _____ day of _____, 2009.

TIFFANY & BOSCO, P.A.

By _____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

COPY of the foregoing mailed
This 22nd day of July, 2009, to:

Robin Lei Ramirez
3928 W. Range Mule Drive
Glendale, AZ 85310
Debtor

pro se
c/o McCalla, Raymer, Cobb, Nichols, & Clark, LLC
1544 Old Alabama Rd.
Roswell, GA 30076-2102
Attorney for Debtor

Russell A. Brown
3838 N. Central Ave Suite 800
Phoenix, AZ 85012-1965
Trustee

By: /s/ Evelyne A. David