# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ROBIN LEI RAMIREZ | | |
| **Case Number:** | 2:08-bk-08328-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 01, 2009 11:00 AM 6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | AIDA URBALEJO | | |

## *Matter:*

Motion to Vacate Ex Parte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of America's Servicing Company

**R / M #:** 75 / 0

## *Appearances:*

ROBIN LEI RAMIREZ
LEONARD MCDONALD, ATTORNEY FOR AMERICA'S SERVICING COMPANY

## *Proceedings:*

Mr. McDonald explains debtor is in default for April 2009 forward and the trustee sale is set on Oct 1st. He explains the NSF check was for $5378.07 and $16180.00 is the current amount of the default. Mr. McDonald advises he does not have a record of the payments and suggests this hearing be continued.

Ms. Ramirez agrees with the history given by Mr. McDonald and explains she has initiated a search for the lost cashier check and did send 3 other cashier checks to movant.

COURT:    IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 30, 2009 AT 1:30 P.M.