# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ROBIN LEI RAMIREZ |
| **Case Number:** | 2:08-bk-08328-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 03, 2009 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## *Matter:*

CONTINUED HEARING ON Motion to Vacate Ex Parte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of America's Servicing Company

**R / M #:**   75 / 0

## *Appearances:*

ROBIN LEI RAMIREZ
WILLIAM FISHBACH, ATTORNEY FOR AMERICA'S SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:08-bk-08328-CGC          TUESDAY, NOVEMBER 03, 2009 10:00 AM

*Proceedings:*

Mr. Fishbach requests this Court reaffirm the stay order; he has consulted with his client and they have not received the checks.

Ms. Ramirez presents the Court with a copy of the ledger of her account that and copies of returned checks. The payments were sent to the address showed on their bill, she does not have a copy of the bill. The credit union issued the cashier checks and she postal receipts and it shows the zip code it was sent to.

THE COURT NOTES THE CHECKS ARE MADE OUT TO AMERICA'S SERVICING COMPANY FOR A TOTAL OF $18,000 TO $19,000 AND NOTES THE BACK OF THE CHECKS SHOWN THEY HAVE BEEN CASHED.

COURT:  IT IS ORDERED SUSPENDING THE ORDER LIFTING THE AUTOMATIC STAY PENDING A DETERMINATION OF WHERE THE MONEY WENT.  THE DEBTOR NEEDS TO GET A PAYMENT HISTORY AND NEEDS TO GET A COPY OF THE BILL THAT PROVIDES THE ADDRESS AND IT NEEDS TO BE DETERMINE WHY JPMORGAN CHASE WAS CASHING THE CHECKS.

IT IS ORDERED SETTING A FINAL HEARING ON DECEMBER 17, 2009 AT 10:00 A.M.  ALL DOCUMENTS AND WITNESSES NEED TO BE EXCHANGED AND DISCLOSED NO LATER THAN DECEMBER 10, 2009.  MR. FISHBACH NEEDS TO DETERMINE THE CORRECT ADDRESS FOR THE PAYMENTS TO BE SENT TO AND PROVIDE THAT TO DEBTOR WITHIN 48 HOURS.

BY THE END OF THE WEEK MS. RAMIREZ NEEDS TO MAKE THE NOVEMBER PAYMENTS AND NEEDS TO KEEP TRACK OF WHERE AND WHEN THE PAYMENT WAS MADE.