# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ROBIN LEI RAMIREZ |
| **Case Number:** | 2:08-bk-08328-CGC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 17, 2009 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

FINAL HEARING ON CONTINUED HEARING ON Motion to Vacate Ex Parte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of America's Servicing Company

**R / M #:**   75 / 0

## Appearances:

ROBIN LEI RAMIREZ
LEONARD MCDONALD

## Proceedings:

Mr. McDonald advises $19,330 was posted to debtor's account yesterday and requests a continued hearing to investigate where this money has been and why it was just posted.  Mr. McDonald advises she has another $8000 to pay towards the arrearage.

Ms. Ramirez advises her monthly payments are $3236.00 and wants to continue bringing this account current.  The Chapter 13 Trustee plan payments are current and they are waiting for income tax returns and other documents.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 17, 2010.  THE $8000 IS TO BE DELIVERED TO MR. MCDONALD BY CLOSE OF BUSINESS DECEMBER 24TH; JANUARY AND FEBRUARY, 2010 MONTHLY  PAYMENTS ARE TO BE DELIVERED TO MR. MCDONALD'S OFFICE PRIOR TO THE FEBRUARY 17TH HEARING. FAILING TO DO SO MR. MCDONALD CAN LODGE AN ORDER THAT ENTITLES HIM TO THE RELIEF REQUESTED.