
**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11381/1134036213

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robin Lei Ramirez<br>        Debtors.<br>_____<br>America's Servicing Company<br>        Movant,<br>  vs.<br><br>Robin Lei Ramirez, Debtors; Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:08-bk-08328-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #78) |

    This matter having come before the Court for a Preliminary Hearing on December 17, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by in her own capacity, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 25, 2006, and recorded in the office of

the Maricopa County Recorder wherein America's Servicing Company is the current beneficiary and Robin Lei Ramirez have an interest in, further described as:

LOT 45 OF STETSON HILLS PARCEL 7 & 8A AS RECORDED IN PLAT BOOK 491, PAGE 16 OF MARICOPA COUNTY RECORDS.

BEING THE SAME PROPERTY CONVEYED TO ROBIN L. MOORE AND ALEXANDER R. RAMIREZ WIFE AND HUSBAND, AS COMMUNITY PROPERTY WITH RIGHT OF SUVIVORSHIP BY DEED FROM MORRISON HOMES OF ARIZONA INC. RECORDED 06/23/2000 IN DEED DOCUMENT NO. 2000480169, IN THE COUNTY RECORDER'S OFFICE OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.